```
                           United States Bankruptcy Court
                                 District of Oregon
```

In re:                                                      Case No. 13-35123-tmb
Richard Terrance Ulbricht                                   Chapter 7
Margory Ellen Ulbricht
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0979-3          User: admin           Page 1 of 1           Date Rcvd: Oct 29, 2013
                              Form ID: NICCND       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2013.
db/jdb      +Richard Terrance Ulbricht,    Margory Ellen Ulbricht,    1460 Rosemont Rd.,
             West Linn, OR 97068-2933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2013                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2013 at the address(es) listed below:
NONE.                                                                                               TOTAL: 0

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
October 29, 2013
Clerk, U.S. Bankruptcy Court
BY DEPUTY

In re  
**Richard Terrance Ulbricht**  
**Margory Ellen Ulbricht**  
Debtor(s)

Case No. **13–35123–tmb7**

NOTICE OF INTENT TO CLOSE CASE WITHOUT ENTRY OF DISCHARGE

It appearing a certification of completion of instructional course concerning financial management (debtor education) has not been filed by each debtor, now, therefore,

**NOTICE IS GIVEN** that, even if a debtor is otherwise eligible for a discharge, this case may still be closed, upon completion of all case administration, without entry of a Discharge Order for a noncomplying debtor, and without further notice per 11 USC §727(a)(11), unless, within 15 days of the FILED date above, a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (the course provider's certificate of completion and/or Official Form #B23) is filed by the debtor(s) with the Clerk, U.S. Bankruptcy Court.

To obtain Official Form #B23, go to www.uscourts.gov and click on Rules & Forms, then Official National Bankruptcy Forms.

To obtain a list of approved debtor education providers for the financial management course, go to www.justice.gov/ust and click on "Credit Counseling and Debtor Education" under Consumer Information.

Clerk, U.S. Bankruptcy Court  
1001 SW 5th Ave #700  
Portland, OR 97204