Certificate Number: 14912-OR-DE-021767347

Bankruptcy Case Number: 13-35123


14912-OR-DE-021767347

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 4, 2013</u>, at <u>5:27</u> o'clock <u>PM EDT</u>, <u>Richard Ulbricht</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Oregon</u>.

Date: <u>September 4, 2013</u>   By: <u>/s/Anthony Levato</u>

Name: <u>Anthony Levato</u>

Title: <u>Counselor</u>

Certificate Number: 14912-OR-DE-021767348

Bankruptcy Case Number: 13-35123


14912-OR-DE-021767348

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2013, at 5:27 o'clock PM EDT, Margory Ulbricht completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date: September 4, 2013         By:    /s/Anthony Levato

                                Name:  Anthony Levato

                                Title: Counselor