```
                            United States Bankruptcy Court
                                 District of Oregon

In re:                                                        Case No. 13-35123-tmb
Richard Terrance Ulbricht                                     Chapter 7
Margory Ellen Ulbricht
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0979-3          User: admin              Page 1 of 2         Date Rcvd: Nov 14, 2013
                              Form ID: DN7             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2013.
db/jdb       +Richard Terrance Ulbricht,    Margory Ellen Ulbricht,    1460 Rosemont Rd.,
              West Linn, OR 97068-2933
smg          +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
              Salem, OR 97309-5013
smg          +US Attorney,    US Attorney,    1000 SW 3rd Ave #600,    Portland, OR 97204-2936
smg          +US Attorney General,    Department of Justice,    10th & Constitution NW,
              Washington, DC 20530-0001
100356065    +America's Servicing Company,    c/o Wells Fargo, John G. Stumpf, Pres/CE,    420 Montgomery Street,
              San Francisco, CA 94163-0001
100356072    +CMRE Financial Service Inc,    3075 E. Imperial Hwy #200,    Brea, CA 92821-6753
100356068    +Capital One Bank USA NA,    PO Box 21887,    Eagan, MN 55121-0887
100356070     Cascade Pathology Services,    PO Box 4207,    Portland, OR 97208-4207
100356071    +Clackamas County Circuit Court,    807 Main St. #104A,    Oregon City, OR 97045-1848
100356073    +Compass Oncology,    PO Box 79308,    City of Industry, CA 91716-9308
100356074     CreditOne, LLC,    POB 605,    Metairie, LA 70004-0605
100356075    +Daniel N. Gordon, PC,    4023 W. 1st Ave.,    PO Box 22338,    Eugene, OR 97402-0477
100356077    +EOS CCA Corporate Headquarters,    c/o Paul E. Leary Jr., President,    700 Longwater Drive,
              Norwell, MA 02061-1624
100356078    +Gastroenterology Specialist of Oregon,    1508 Division St #15,    Oregon City, OR 97045-1583
100356080     Green Tree,    7360 South Kyrene Rd.,    Tempe, AZ 85283
100356081    +Johnson Mark LLC,    901 Brutscher St.,    Ste D401,    Newberg, OR 97132-6096
100356082    +Legacy Health,    PO Box 2787,    Portland, OR 97208-2787
100356083     Legacy Meridian Park Hospital,    PO Box 4037,    Portland, OR 97208-4037
100356087    +National Service Bureau,    18912 North Creek Pkwy, Suite 205,    Bothell, WA 98011-8016
100356088    +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
100356089    +Northwest Acute Care Spec. PC,    POB 11810,    Westminster, CA 92685-1810
100356091    +Recovery Group,    POB 14949,    Portland, OR 97293-0949
100356092    +Shapiro & Sutherland LLC,    1499 SE Tech Center Place,    Ste. 255,    Vancouver, WA 98683-5550
100356093    +Tualatin Imaging PC,    10567 Sawill Pkwy, Suite 100,    Powell, OH 43065-6671
100356095    +US Department of Education,    Headquarters,    400 Maryland Avenue, SW,
              Washington, DC 20202-0001
100356096    +US Department of Education,    POB 105028,    Atlanta, GA 30348-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: ORREV.COM Nov 15 2013 00:33:00      ODR Bkcy,    955 Center NE #353,    Salem, OR  97301-2555
100356066     EDI: ARSN.COM Nov 15 2013 00:33:00      ARS National Services Inc.,    PO Box 463023,
              Escondido, CA 92046-3023
100356064    +EDI: MERRICKBANK.COM Nov 15 2013 00:33:00      Advanta Credit Card*,    POB 5657,
              Hicksville, NY 11802-5657
100356067    +EDI: BANKAMER2.COM Nov 15 2013 00:33:00      Bank of America,    100 North Tryon Street,
              Charlotte, NC 28255-0001
100356069    +EDI: MERRICKBANK.COM Nov 15 2013 00:33:00      Carson Smithfield, LLC,    PO Box 9216,
              Old Bethpage, NY 11804-9016
100356076    +E-mail/Text: latrisha@dystrategies.com Nov 15 2013 00:41:01      Dynamic Strategies, Inc.,
              PO Box 1646,    Bothell, WA 98041-1646
100356079    +E-mail/Text: grecovery@gorge.net Nov 15 2013 00:41:43      Gorge Recovery Service,    724 E. 3rd St,
              The Dalles, OR 97058-2508
100356062     EDI: IRS.COM Nov 15 2013 00:33:00      IRS,    Centralized Insolvency Oper.,    PO Box 7346,
              Philadelphia, PA 19101-7346
100356084    +EDI: RESURGENT.COM Nov 15 2013 00:33:00      LVNV Funding LLC*,    Resurgent Capital Services LP,
              PO Box 10497,    Greenville, SC 29603-0497
100356085    +EDI: TSYS2.COM Nov 15 2013 00:33:00      Macy's,    PO Box 8218,    Mason, OH 45040-8218
100356086    +EDI: MID8.COM Nov 15 2013 00:33:00      Midland Funding, LLC,    8875 Aero Drive, Ste 200,
              San Diego, CA 92123-2255
100356063    +EDI: ORREV.COM Nov 15 2013 00:33:00      ODR*,    Attn: Bankruptcy Unit,    955 Center St NE,
              Salem, OR 97301-2555
100356090    +E-mail/Text: SENDTOQCI@YAHOO.COM Nov 15 2013 00:42:00      Quick Collect, Inc.*,    POB 55457,
              Portland, OR 97238-5457
100356094    +EDI: USBANKARS.COM Nov 15 2013 00:33:00      US Bank Home Mortgage,
              c/o Richard K. Davis, Pres/CEO,    800 Nicollett Mall,    Minneapolis, MN 55402-2511
100356097    +E-mail/Text: gw@western-collections.com Nov 15 2013 00:41:48      Western Collection Bureau,
              PO Box 115,    Clackamas, OR 97015-0115
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2013　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2013 at the address(es) listed below:
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

**Below is an order of the Court.**

*Trish M Brown*
**U.S. Bankruptcy Judge**

DN7 (12/6/07)

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
 **Richard Terrance Ulbricht,** xxx–xx–4985
 **Margory Ellen Ulbricht,** xxx–xx–7625
Debtor(s)

Case No. **13–35123–tmb7**

CHAPTER 7 ORDER RE:
DISCHARGE OF DEBTOR(S)

It appearing that on 8/9/13 a bankruptcy petition was filed by the debtor(s); timely complaints filed pursuant to 11 USC §523(a) could be pending and the court could still order that any affected debt is nondischargeable, however no complaint objecting to the debtor's discharge pursuant to 11 USC §727 was timely filed (or such complaint was filed, and after due notice and hearing, was not sustained); each timely filed written reaffirmation agreement was either rescinded or not approved by the court; and therefore,

**IT IS ORDERED** the debtor(s) shall be granted a discharge under §727 of Title 11, United States Code (the Bankruptcy Code).

### EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as a debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

<u>Collection of Discharged Debts Prohibited.</u> The discharge prohibits any attempt to collect from a debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (If applicable there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.) A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

Page 1 of 2        **IMPORTANT: Debtors MUST READ BOTH SIDES of this document!**

16

Debts that are Discharged. The Chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to Chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

Debts that are Not Discharged. Some of the common types of debts which are not discharged in a Chapter 7 bankruptcy case are:
    a. Debts for most taxes;
    b. Debts incurred to pay nondischargeable taxes;
    c. Debts that are for domestic support obligations, or debts to a spouse or former spouse for property settlement;
    d. Debts for most student loans;
    e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
    f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
    g. Some debts which were not properly listed by the debtor;
    h. Debts the bankruptcy court specifically has decided or will decide in this case are not discharged;
    i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
    j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**Page 2 of 2**        **IMPORTANT: Debtors MUST READ BOTH SIDES of this document!**

###

16